■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH KNIGHT, Appellant. [828 NYS2d 916]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 3, 2003 (*People v Knight,* 1 AD3d 379 [2003]), affirming (1) a judgment of the Supreme Court, Kings County, rendered October 31, 1995, and (2) a judgment of the same court rendered December 18, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Schmidt, J.P., Rivera, Santucci and Krausman, JJ., concur.